# The Alabama Court of Civil Appeals



NATHAN P. WILSON
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

October 18, 2024

CL-2024-0382

Ex parte H.W. and K.W. PETITION FOR WRIT OF MANDAMUS (In re: In the matter of N.R.S.W.) (Lee Juvenile Court:  JU-17-515.07).

## **ORDER**

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

Application for Rehearing Overruled. No opinion written on rehearing.

Edwards, Hanson, Fridy, and Lewis, JJ., concur.

Moore, P.J., concurs in the result, without opinion.

Nathan P. Wilson, Clerk